COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:       Ex parte Joseph Gomez

Appellate case number:    01-20-00004-CR & 01-20-00005-CR

Trial court case number:   1657519 & 1657521

Trial court:                       338th District Court of Harris County

Appellant Joseph Gomez has filed a motion for rehearing and a motion for en banc reconsideration from this Court's July 14, 2022 opinion and judgment. The motion for rehearing suggests that Gomez continues to be subject to pretrial detention nearly three years after his pretrial bond was revoked on November 15, 2019.

The Court requests a response. The State is **ordered to respond** to Gomez's motions. The State's response is **due August 30, 2022**. Gomez may file a reply to the State's response. His **reply**, if any, is **due no later than September 6, 2022**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                            ☑ Acting individually    ☐ Acting for the Court

Date:  ___August 16, 2022_____